IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02414-AP

MIECAH J. BICKHAM

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Diane K. Bross | Christina J. Valerio |
| 2139 Chuckwagon Rd., Ste 305 | Assistant Regional Counsel |
| Colorado Springs, CO 80919 | Social Security Administration |
| Telephone: (719) 634-7734 | Office of General Counsel |
| Fax: (719) 543-8403 | Region VIII |
| Facsimile: (719) 260-7736 | 1961 Stout, Suite 4169 |
| Email: dbross@dianebrosslaw.com | Denver, CO 80294 |
| | Telephone: (303) 844-7348 |
| | Facsimile: (303) 844-0770 |
| | Christina.valerio@ssa.gov |

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:**     September 5, 2013

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:  September 10, 2013**

      **C.**      **Date Answer and Administrative Record Were Filed:  November 8, 2013**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

The parties state that there are no other matters.

**8.   BRIEFING SCHEDULE**

The parties agreed to the following schedule:

      **A.**      **Plaintiff's Opening Brief Due:**      **January 8, 2014**

      **B.**      **Defendant's Response Brief Due:**      **February 7, 2014**

      **C.**      **Plaintiff's Reply Brief (If Any) Due:**      **February 24, 2014**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**      **Plaintiff's Statement:**      Plaintiff does not request oral argument.

      **B.**      **Defendant's Statement:**      Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*<u>Indicate below the parties' consent choice</u>.*

    A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( X )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 26th day of November 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

JOHN F. WALSH
APPROVED:    UNITED STATES ATTORNEY

*s/ Diane K. Bross*    J. BENEDICT GARCÍA
Diane K. Bross    Assistant United States Attorney
2139 Chuckwagon Rd., Ste 305    United States Attorney's Office
Colorado Springs, CO 80919    District of Colorado
Telephone: (719) 634-7734
Fax: (719) 260-7736
DianeBross@DianeBrossLaw.com

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov