**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02414-CMA

MIECAH BICKHAM,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Social Security Commissioner,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Reversing and Remanding ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on August 14, 2014, it is

    ORDERED that the ALJ's denial of social security disability benefits is REVERSED. This case is REMANDED to the Commissioner for proceedings consistent with this Order. It is further

    ORDERED that the Plaintiff is awarded her costs to be taxed by the Clerk of Court, pursuant to the procedures set forth in Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1. Any motion for attorneys fees under Equal Access to Justice Act shall be filed within 30 days of final judgment.

Dated at Denver, Colorado this 14th day of August, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk