**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02414-CMA

MIECAH BICKHAM,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Social Security Commissioner,

    Defendant.

## ORDER APPROVING STIPULATION OF AWARD OF ATTORNEY FEES

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (Doc. # 37), filed September 9, 2014, is GRANTED. In consideration thereof, it is

ORDERED that Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$4,750.00**. It is

FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements

of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED at Denver, Colorado, this   10th   day of September, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge